■ ANNETTE WALSH, Appellant, v J.W. MAYS, INC., Respondent, et al., Defendant. [610 NYS2d 809] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Shaw, J.), dated January 14, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Shaw at the Supreme Court. Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.